ISIDRO GARZA, JR. & MARTHA C. GARZA, Petitioner(s), v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Garza v. Comm'r
Docket No. 3217-15.
United States Tax Court
2017 U.S. Tax Ct. LEXIS 6; February 9, 2017, Decided
Garza v. Comm'r, T.C. Memo 2017-7, 2017 Tax Ct. Memo LEXIS 7 (T.C., 2017)
*6 Kathleen Kerrigan, Judge.
Kathleen Kerrigan
ORDER
On February 2, 2017, petitioners filed an unopposed motion for reconsideration of findings or opinion with regard to the Court's Memorandum Findings of Fact and Opinion, filed January 5, 2017, (T.C. Memo. 2017-7).
Upon due consideration and for cause it is,
ORDERED that petitioners' motion for reconsideration of findings or opinion is granted. It is further
ORDERED that the Court's Memorandum Findings of Fact and Opinion, filed January 5, 2017, (T.C. Memo. 2017-7), is hereby amended to read as follows:
On page 2, substitute the following for the chart:
Isidro Garza, Jr.
Additions/penalties to tax
Year
Deficiency
sec. 6651(a)(1)
sec. 6651(a)(2)
sec. 6654
2000
$61,330.00
$13,799.25
$15,332.50
$3,298.63
2001
$60,192.00
$13,543.20
$15,048.00
$2,405.49
Martha C. Garza
Additions/penalties to tax
Year
Deficiency
sec. 6651(a)(1)
sec. 6651(a)(2)
sec. 6654
2000
$47,806.00
$10,756.35
$11,951.50
$2,571.25
2001
$45,377.00
$10,209.83
$11,344.25
$1,813.42
Isidro Garza, Jr., and Martha C. Garza
Additions/penalties to tax
Year
Deficiency
sec. 6663(a)
1998
$47,791.00
$35,843.25
2002
$145,328.50
$108,996.38
On page 2, delete the second sentence in the first paragraph under the chart.
(Signed) Kathleen Kerrigan
Judge
Dated: Washington, D.C.
*7 February 9, 2017